CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTONIO LAMONT ALLISON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 7:12-cv-00601-JCT |
| ) | |
| v. ) | ORDER |
| ) | |
| WALLENS RIDGE STATE PRISON, ) | |
| ) | By: Hon. James C. Turk |
| Defendant, ) | Senior United States District Judge |
| ) | |

For the foregoing reasons, it is **ORDERED** that Allison's motion for preliminary injunctive relief, ECF No. 1, is DENIED, and Allison is **DIRECTED** to file a superseding amended complaint not later than twenty (20) days after entry of this Order, providing the information as set forth in the accompanying Memorandum Opinion. He is further advised that his failure to do so may result in the dismissal of his case for failure to state a claim.

The Clerk is directed to send a copy of this order to the plaintiff.

ENTER: This 26th day of March, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge