CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 5 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTONIO LAMONT ALLISON, ) | CASE NO. 7:12CV00601 |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER |
| v. ) | |
| ) | |
| JONATHAN W. CARICO, et al., ) | By: James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1),

and the action is stricken from the active docket of the court.

ENTER: This _25th_ day of July, 2013.

_____
Senior United States District Judge